1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorneys
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2731

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-97-017 FCD |
| Plaintiff, | ) | **GOVERNMENT'S MOTION TO DISMISS CHARGES AS TO DEFENDANTS KEN MAK AND NORMAN PING KUANG**; ORDER |
| V. | ) | |
| KEN MAK, aka Kin Ping Mak, and NORMAN PING KUANG, | ) | |
| Defendants. | ) | |

The United States, pursuant to Rule 48(a), F.R.Crim.P., hereby moves to dismiss without prejudice all pending charges and to recall all outstanding arrest warrants in the above referenced case as to defendants Ken Mak and Norman Ping Kuang. They have been fugitives for over ten years and are believed to be out of the United States (Hong Kong and Taiwan, respectively). The government believes that keeping the case open any further is not worthwhile. Therefore it is requested that all charges in this case as to these two defendants (contained in original Indictment through, and including, the Third Superseding Indictment), be dismissed without prejudice and that all outstanding arrest warrants based on these charges be recalled.

DATED: December 15, 2009

BENJAMIN B. WAGNER
United States Attorney

By: /s/
RICHARD J. BENDER
Assistant U.S. Attorney

1 | [Government's Motion to Dismiss Charges as to Defendants Ken Mak and
2 | Norman Ping Kuang; Order (page two)]

3 | IT IS SO ORDERED.

4 | this 16th day of December, 2009

```
                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
```